# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS D. JACKSON, | Case No. CV 17-2640-SJO (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FRANCISCO J. QUINTANA, Warden, | |
| Respondent. | |

Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: June 1, 2017.

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE